Cameron Oakes
freelance journalist
N/A
316 West 39th Street
Apt 3E
New York, NY 10018
2163362700

20-F-0092

FOIA Officer
Department of Defense
Office of the Secretary and Joint Staff
1155 Defense Pentagon
Office of Freedom of Information
Washington, DC 20301-1155
(866) 574-4970
whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil


October 15, 2019

**FOIA REQUEST**

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of all "MullenLowe U.S., Inc." proposals for contracts awarded to "MullenLowe U.S., Inc." by the Department of Defense from 2001 onwards. "MullenLowe U.S., Inc." operates out of Boston, Massachusetts. I would like to have MullenLowe U.S., Inc.'s proposal for each of the following contracts: H9821019F0191 H9821018F0187 H9821019F0118 H9821018F0169 H9821018F0061 H9821019F0115 H9821019F0262 H9821018F0060 H9821017F0063 H9821019F0018 H9821017F0064 H9821017F0148 H9821017F0147 H9821018F0175 H9821017F0085 H9821019F0265 H9821018F0145 H9821019F0222 H9821017F0102 H9821017F0062 H9821018F0125 H9821017F0156 I would also like any proposals, pitches, or memos from MullenLowe U.S., Inc. related to contract modifications for the above contracts, including but not limited to contract modification numbers: 0001-0086 It is my understanding that trade secrets are exempt from FOIA requests. In the event that the proposals contain any trade secrets, I request that the secrets be redacted and the contract still provided, as mandated by federal law.

I would like to receive the information in electronic copies. But I will also accept the contracts in paper form. And I am willing to pay a fee to have the documents printed and mailed to me at my listed address.

I agree to pay reasonable fees for the processing of this request up to $100. Please notify me before incurring any expenses in excess of that amount.

Fee Categorization

For fee categorization purposes, I am a representative of the news media. Through this request, I am gathering information for my journalistic work with . . an article that I intend to publish. I do not yet have an outlet for publication, but it will be published some time in early 2020. Accordingly, I am only required to pay for the direct cost of duplication after the first 100 pages. 5 U.S.C. § 552(a)(4)(A)(ii)(II); id. § 552(a)(4)(A)(iv)(II).

Conclusion

If my request is denied in whole or part, please justify all withholdings by reference to specific exemptions and statutes, as applicable. For each withholding please also explain why your agency "reasonably foresees that disclosure would harm an interest protected by an exemption" or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8)(A)(i).

I would appreciate your communicating with me by email or telephone, rather than by mail.

I look forward to your determination regarding my request within 20 business days, as the statute requires.

Thank you in advance for your assistance.

Sincerely,


Cameron Oakes



**DEPARTMENT OF DEFENSE**
FREEDOM OF INFORMATION DIVISION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

OCT 22 2019
Ref: 20-F-0092

Arthur L. Carter Journalism Institute
ATTN: Cameron Oakes
316 West 39th St. Apt 3E
New York, NY 10018

Dear Mr. Oakes:

  This is an interim response to your October 15, 2019 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. We received your request on the same date and assigned it case number 20-F-0092. We ask that you use this number when referring to your request.

  Although we have already begun processing your request, we will not be able to respond within the FOIA's 20-day statutory time period as there are unusual circumstances that impact our ability to quickly process your request. The FOIA defines unusual circumstances as (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoD components having a substantial interest in either the determination or the subject matter of the records. At least one, if not more, of these scenarios applies or would likely apply to your request. While this office handles FOIA requests for the Office of the Secretary of Defense (OSD), the Joint Staff (JS), and other component offices, we do not actually hold their records and our office is not geographically located with these organizations. As we do not hold the records, until the required records searches are complete, we are unable to estimate the potential volume of records or the number of consultations that will be required to make a release determination.

  Your request has been placed in our complex processing queue and is being worked based on the order in which the request was received. Our current administrative workload is approximately 3068 open requests.

  In some instances, we have found that requesters who narrow the scope of their requests experience a reduction in the time needed to process their requests

  The OSD/JS FOIA Public Liaison, Darrell Williams, is available at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil to answer any concerns about the foregoing.

  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740
E-mail: ogis@nara.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

We regret the delay in responding to your request and appreciate your patience. If you have any questions or concerns about the foregoing or about the processing of your request, please do not hesitate to contact Ms. Tanya Guimont at Tanya.a.guimont.civ@mail.mil or 571-372-0416.

Sincerely,

Stephanie L. Carr
Chief

Enclosure:
As stated