# Fax

April 28, 2020

| | |
|---|---|
| From: | Cameron Oakes |
| Email: | camoakes.137689@mail.ifoia.org |
| | |
| To: | FOIA Officer |
| Fax: | (571) 372-0500 |

**Comments:**

Please see attached request under the Freedom of Information Act, 5 U.S.C. § 552.

Cameron Oakes
Freelance Journalist
316 West 39th Street
Apt 3E
New York, NY 10018
216 336 2700

FOIA Officer
Department of Defense
Office of the Secretary and Joint Staff
1155 Defense Pentagon
Office of Freedom of Information
Washington, DC 20301-1155
571-372-0498

April 28, 2020

## FOIA REQUEST

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of all Department of Defense contracts, subcontracts, or purchase receipts with "Equifax Data Services, Inc." from 2001 onwards. "Equifax Data Services, Inc." operates out of Wakefield, MA. It is my understanding that trade secrets are exempt from FOIA requests. In the event that the contract contains any trade secrets, I request that the secrets be redacted and the contract still provided, as mandated by federal law. I would like to receive the information in electronic scans, but will also take take them printed or on a flash drive.

I agree to pay reasonable fees for the processing of this request up to $50. Please notify me before incurring any expenses in excess of that amount.

I am a representative of the news media. Through this request, I am gathering information for my journalistic work. I have had work published on NBCNews.com, Haaretz.com, and others. Accordingly, I am only required to pay for the direct cost of duplication after the first 100 pages. 5 U.S.C. § 552(a)(4)(A)(ii)(II); id. § 552(a)(4)(A)(iv)(II).

Please provide expedited processing of this request which concerns a matter of urgency, as I am primarily engaged in disseminating information. The public has an urgent need for information about Equifax's government contracts because of its history of failing to protect consumer information. I certify that my statements concerning the need for expedited processing are true and correct to the best of my knowledge and belief. If you cannot expedite this request, please inform me and process it as a regular request.

If my request is denied in whole or part, please justify all withholdings by reference to specific exemptions and statutes, as applicable. For each withholding please also explain why your agency "reasonably foresees that disclosure would harm an interest protected by an exemption" or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8)(A)(i).

I would appreciate your communicating with me by email or telephone, rather than by mail.

I look forward to your determination regarding my request for expedited processing within 10 calendar days, as the statute requires.

Thank you in advance for your assistance.

Sincerely,

Cameron Oakes



**DEPARTMENT OF DEFENSE**
FREEDOM OF INFORMATION DIVISION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

May 5, 2020
Ref: 20-F-1051

Cameron Oakes
Freelance Journalist
316 West 39th St. Apt. E3
New York, NY 10018

Dear Mrs. Oakes:

    This is an interim response to your April 28, 2020 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. We received your request on May 5, 2020, and assigned it case number 20-F-1051. We ask that you use this number when referring to your request.

    Although we have already begun processing your request, we will not be able to respond within the FOIA's 20-day statutory time period as there are unusual circumstances which impact our ability to quickly process your request. The FOIA defines unusual circumstances as (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoD components having a substantial interest in either the determination or the subject matter of the records. At least one, if not more of these scenarios applies or would likely apply to your request. While this office handles FOIA requests for the Office of the Secretary of Defense (OSD), the Joint Staff (JS) and other component offices, we do not actually hold their records and our office is not geographically located with these organizations. As we do not hold the records, until the required records searches are complete, we are unable to estimate the potential volume of records or the number of consultations that will be required to make a release determination.

    Your request has been placed in our complex processing queue and is being worked based on the order in which the request was received. Our current administrative workload is approximately 3,326 open requests.

    In some instances, we have found that requesters who narrow the scope of their requests experience a reduction in the time needed to process their requests. If you wish to narrow the scope of your request or have questions about the foregoing, please do not hesitate to contact your Action Officer, Mr. Xavier Salame, at xavier.p.salame.ctr@mail.mil or 571-372-0419.

    Additionally, if you have concerns about service received by our office, please contact a member of our Leadership Team at 571-372-0498 or Toll Free at 866-574-4970.

      Should you wish to inquire about mediation services, you may contact the OSD/JS FOIA Public Liaison, Melissa S. Walker, at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil, or the Office of Government Information Services (OGIS) at the National Archives and Records Administration.  The contact information for OGIS is as follows:

                Office of Government Information Services
                National Archives and Records Administration
                8601 Adelphi Road-OGIS
                College Park, MD 20740
                E-mail: ogis@nara.gov
                Telephone: 202-741-5770
                Fax: 202-741-5769
                Toll-free: 1-877-684-6448

      We regret the delay in responding to your request and appreciate your patience.  As previously stated, please contact your Action Officer, Mr. Salame, and reference FOIA case number 20-F-1051 for any questions or concerns.

                                        Sincerely,

                                  *Stephen L. Fisher*
                                  Stephanie L. Carr
                         *For* Chief

Enclosure:
As stated