**From:** iFOIA - do not reply <noreply@ifoia.org>
**Subject: A message from iFOIA**
**Date:** 28 May 2020 at 8:48:56 GMT-4
**To:** Cameron Oakes <camoakes192@gmail.com>

**iFOIA**.org

Communication Received

Dear Cameron Oakes:

You have received an email related to one of your iFOIA requests. The message is available at iFOIA.org.

Project: Contracts
Request: 137689
From: xavier.p.salame.ctr@mail.mil
Subject: 20-F-1051: Freedom of Information Act Request
Message:

Dear Ms. Oakes,

My name is Xavier Salame, I am the action officer on your case 20-F-1051. Attached is a list of all the contracts you requested. We know you wanted the actual contracts themselves, as well as subcontracts and purchase receipts. The contracts will have to be requested from the individual agency. For example the contracting number is tied to a contracting agency and that agency would have to be FOIA'd directly.

My office can help with the WHS contracts at the bottom of the page. We would only ask that, if you agree, we can break up the WHS specific contracts you want into groups of 2 or 3, in the form of new requests.

Just to reiterate, You will have to request the contracts to the individual agency they are tied to. My office can task WHS for the specific contracts you require, we only ask you work with us to group contracts of 2 or 3 into new requests in order to process those contracts as quickly as possible.

If you have any questions or concerns please don't hesitate to reach out.

Very Respectfully,

Xavier Salame
FOIA analyst
For Stephen Fisher, on behalf of
Stephanie L. Carr
Chief, Office of Freedom of Information OSD/JS FOIA Requester Service
Center
(571) 372-0419
xavier.p.salame.ctr@mail.mil

**FY2001-FY2020 DoD Awards to Equifax (Source:  FPDS as of May 18, 2020)**

| Contracting Agency Name | Major Command Code | Contracting Office ID |
|---|---|---|
| DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY | | HS0021 |
| DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY | | HS0021 |
| DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS) | | HQ0422 |
| DEFENSE HUMAN RESOURCES ACTIVITY | | H98210 |
| DEFENSE HUMAN RESOURCES ACTIVITY | | H98210 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1047 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1064 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1064 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1064 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1064 |
| DEFENSE INFORMATION SYSTEMS AGENCY (DISA) | | HC1064 |
| DEPT OF DEFENSE EDUCATION ACTIVITY (DODEA) | | HE1254 |
| DEPT OF DEFENSE EDUCATION ACTIVITY (DODEA) | | HE1254 |
| DEPT OF DEFENSE EDUCATION ACTIVITY (DODEA) | | HE1254 |
| DEPT OF DEFENSE EDUCATION ACTIVITY (DODEA) | | HE1254 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3016 |
| DEPT OF THE AIR FORCE | AETC | FA3089 |
| DEPT OF THE AIR FORCE | AETC | FA3089 |
| DEPT OF THE ARMY | ACA | W91QF4 |

| | | |
|---|---|---|
| DEPT OF THE ARMY | AMC | W52P1J |
| DEPT OF THE ARMY | AMC | W9124D |
| DEPT OF THE ARMY | AMC | W91QV1 |
| DEPT OF THE ARMY | DCCW | SW01 |
| DEPT OF THE ARMY | DCCW | SW01 |
| DEPT OF THE ARMY | DSSW | SW01 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | INSCOM | W911W4 |
| DEPT OF THE ARMY | MEDCOM | W91YTZ |
| DEPT OF THE ARMY | USACE | W912DR |
| DEPT OF THE ARMY | USACE | W912P5 |
| DEPT OF THE ARMY | | N00259 |
| DEPT OF THE NAVY | | N00259 |
| DEPT OF THE NAVY | NAVSUP | N00104 |
| DEPT OF THE NAVY | NAVSUP | N00189 |
| DEPT OF THE NAVY | NAVSUP | N00189 |
| DEPT OF THE NAVY | NAVSUP | N00189 |
| DEPT OF THE NAVY | NAVSUP | N00189 |
| DEPT OF THE NAVY | NAVSUP | N00259 |
| DEPT OF THE NAVY | NAVSUP | N00259 |
| DEPT OF THE NAVY | NAVSUP | N00259 |
| DEPT OF THE NAVY | NAVSUP | N00259 |
| DEPT OF THE NAVY | NAVSUP | N00259 |
| DEPT OF THE NAVY | NAVSUP | N00259 |
| DEPT OF THE NAVY | NAVSUP | N62936 |
| DEPT OF THE NAVY | NAVSUP | N62936 |
| DEPT OF THE NAVY | NAVSUP | N62936 |
| DEPT OF THE NAVY | NAVSUP | N62936 |
| DEPT OF THE NAVY | NAVSUP | N63285 |
| DEPT OF THE NAVY | NAVSUP | N63285 |
| DEPT OF THE NAVY | NAVSUP | N66715 |
| DEPT OF THE NAVY | NAVSUP | N66715 |
| DEPT OF THE NAVY | USMC | M67001 |

| | |
|---|---|
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0034 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0095 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0095 |
| WASHINGTON HEADQUARTERS SERVICES (WHS) | HQ0095 |

| Contracting Office Name | Referenced IDV PIID | PIID | DUNS Number |
|---|---|---|---|
| DEFENSE CI AND SECURITY AGENCY | GS22F9663D | HS002109F0118 | 059538249 |
| DEFENSE CI AND SECURITY AGENCY | GS02F0235X | HS002119F0023 | 059208835 |
| DEFENSE FINANCE AND ACCOUNTING SVC | GS22F9611D | HQ042205F0062 | 045812369 |
| DEFENSE HUMAN RESOURCES ACTIVITY | | H9821011P0026 | 059538249 |
| DEFENSE HUMAN RESOURCES ACTIVITY | GS00F159DA | H9821016F0022 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104706F4099 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104711F0017 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | | HC104712P4035 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104704F4019 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104705F4064 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104707F0069 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104707F0070 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104708F0039 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104709F0035 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104710F0018 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104713F0015 | 059538249 |
| DEFENSE INFORMATION SYSTEMS AGENCY | GS22F9663D | HC104714F0033 | 059538249 |
| J7 WHITE HOUSE COMM AGENCY | GS22F9663D | HC106415F0025 | 059538249 |
| J7 WHITE HOUSE COMM AGENCY | GS00F159DA | HC106417F0029 | 059538249 |
| J7 WHITE HOUSE COMM AGENCY | GS00F159DA | HC106418F0031 | 059538249 |
| J7 WHITE HOUSE COMM AGENCY | GS00F159DA | HC106420F0017 | 059538249 |
| J7 WHITE HOUSE COMM AGENCY | GS22F9663D | HC106416F0039 | 059538249 |
| DOD EDUCATION ACTIVITY | | HE125405C0030 | 940048916 |
| DOD EDUCATION ACTIVITY | | HE125408P0089 | 940048916 |
| DOD EDUCATION ACTIVITY | | HE125407P1241 | 940048916 |
| DOD EDUCATION ACTIVITY | GS22F9663D | HE125409F0011 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG084 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG117 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG143 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG194 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG231 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG308 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG331 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG402 | 059538249 |
| FA3016  502 CONS CL | GS00F159DA | FA301617FG506 | 059538249 |
| FA3016  502 CONS CL | GS22F9663D | FA301616FG002 | 059538249 |
| FA3016  502 CONS CL | GS22F9663D | FA301617FG033 | 059538249 |
| FA3089  902 CONS LGC  JBSA | GS22F9663D | FA308914FG001 | 059538249 |
| FA3089  902 CONS LGC  JBSA | GS22F9663D | FA308915FG001 | 059538249 |
| W6QM MICC-FT LEAVENWORTH | GS35F0022P | W91QF406F0213 | 940048916 |

| | | | |
|---|---|---|---|
| W4MM USA JOINT MUNITIONS CMD | | W52P1J11P5015 | 059538249 |
| W6QM MICC-FT KNOX | | W9124D11P0308 | 059538249 |
| W6QM MICC-FT BELVOIR | | W911W415P0005 | 059538249 |
| DEF. CONTRACT. CMD. - WASHINGTON | | DASW0102D0006 | 045812369 |
| DEF. CONTRACT. CMD. - WASHINGTON | DASW0102D0006 | 3223 | 045812369 |
| DEF. CONTRACT. CMD. - WASHINGTON | GS22F9663D | DASW0101F0207 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | DASC0103F0218 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W405F0002 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W407F0003 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W407F0020 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W408F0005 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W408F0019 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W409F0003 | 059538249 |
| W00Y CONTR OFC DODAAC | | W911W408P0132 | 059538249 |
| W00Y CONTR OFC DODAAC | | W911W411P0195 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W404F0275 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W405F0213 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W406F0011 | 059538249 |
| W00Y CONTR OFC DODAAC | GS22F9663D | W911W411F0038 | 059538249 |
| W40M RHCO-ATLANTIC USAHCA | | W91YTZ13A0056 | 059538249 |
| W2SD ENDIST BALTIMORE | GS22F9663D | W912DR06F0292 | 059538249 |
| US ARMY ENGINEER DISTRICT NASHVILLE | GS23FA0014 | W912P508F0007 | 059538249 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | | N0025904F6007 | 045812369 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | GS22F9663D | N0025904F6592 | 059538249 |
| NAVSUP WEAPON SYSTEMS SUPPORT MECH | GS22F9663D | N0010412FQB64 | 059538249 |
| NAVSUP FLT LOG CTR NORFOLK | | N0018910P0788 | 059538249 |
| NAVSUP FLT LOG CTR NORFOLK | | N0018910P0926 | 059538249 |
| NAVSUP FLT LOG CTR NORFOLK | | N0018919PZ298 | 059538249 |
| NAVSUP FLT LOG CTR NORFOLK | GS22F9663D | N0018908FZ421 | 059538249 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | GS22F9611D | N0025909F0018 | 045812369 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | GS22F9663D | N0025908F0015 | 059538249 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | GS22F9663D | N0025909F0610 | 059538249 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | GS22F9663D | N0025911F0066 | 059538249 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | GS22F9663D | N0025906F6532 | 059538249 |
| NAVAL MEDICAL CENTER SAN DIEGO CA | GS22F9663D | N0025907F0008 | 059538249 |
| CRYPTOLOGIC WARFARE GROUP SIX | | N6293610P0005 | 045812369 |
| CRYPTOLOGIC WARFARE GROUP SIX | GS22F9663D | N6293614F0001 | 059538249 |
| CRYPTOLOGIC WARFARE GROUP SIX | | N6293608P0011 | 045812369 |
| CRYPTOLOGIC WARFARE GROUP SIX | | N6293609P0006 | 045812369 |
| NCIS QUANTICO VA | GS22F9611D | N6328507F0008 | 045812369 |
| NCIS QUANTICO VA | GS22F9663D | N6328510F0002 | 059538249 |
| NAVY RECRUITING COMMAND | GS22F9663D | N6671509F0013 | 059538249 |
| NAVY RECRUITING COMMAND | GS22F9663D | N6671510F0004 | 059538249 |
| COMMANDING GENERAL | GS22F9663D | M6700110F0462 | 059538249 |

| | | | |
|---|---|---|---|
| WASHINGTON HEADQUARTERS SERVICES | | HQ003414P0061 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | | HQ003414P0097 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | | HQ003415P0057 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | | HQ003415P0129 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003409F3048 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003409F3064 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003409F3112 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003413F0116 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003414F0032 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003414F0094 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ009504F0127 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ009504F0157 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ009505F0101 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS00F159DA | HQ003418F0201 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS00F159DA | HQ003419F0252 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9611D | HQ003406F1219 | 045812369 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003406F1132 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003406F1178 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ003407F1197 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ009505F0113 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ009504F0127 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ009504F0157 | 059538249 |
| WASHINGTON HEADQUARTERS SERVICES | GS22F9663D | HQ009505F0101 | 059538249 |

| Vendor Name | Vendor City | Vendor State | Global DUNS Number |
|---|---|---|---|
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| TALX CORPORATION | SAINT LOUIS | MISSOURI | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| PERFORMANCE ASSESSMENT NETWORK INCORPORATED | CARMEL | INDIANA | 045812369 |
| PERFORMANCE ASSESSMENT NETWORK, INC | CARMEL | INDIANA | 045812369 |
| PERFORMANCE ASSESSMENT NETWORK INCORPORATED | CARMEL | INDIANA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| PERFORMANCE ASSESSMENT NETWORK INCORPORATED | CARMEL | INDIANA | 045812369 |

| | | | |
|---|---|---|---|
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INCORPORATED (7969) | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |

| | | | |
|---|---|---|---|
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INFORMATION SERVICES LLC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX INC | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |
| EQUIFAX CREDIT INFORMATION SER | ATLANTA | GEORGIA | 045812369 |

| Global Vendor Name |
| --- |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |
| EQUIFAX INC. |

EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC
EQUIFAX INC
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC
EQUIFAX INC.
EQUIFAX INC
EQUIFAX INC
EQUIFAX INC
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.

- -

EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.
EQUIFAX INC.