Cameron Oakes
freelance journalist
N/A
316 West 39th Street
Apt 3E
New York, NY 10018
2163362700

FOIA Officer
Department of Defense
Office of the Secretary and Joint Staff
1155 Defense Pentagon
Office of Freedom of Information
Washington, DC 20301-1155
(866) 574-4970
whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil


October 10, 2019

      **FOIA REQUEST**

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of I would like a full copy of all contracts awarded to "Fors Marsh Group LLC" by the Department of Defense from 2001 onwards. "Fors Marsh Group LLC" operates out of Arlington, Virginia. The DoD lists several summaries of million-dollar contracts on its website, but I would like to have each of the full contracts (including but not limited to contracts: H98210-15-D-0001 (and its fixed-price modifications), N00178-16-D-8518 thru N00178-16-D-9125, and W52P1J-15-F-5022). I would also like any Fors Marsh Group LLC contracts that did not meet the $7 million dollar requirement necessary to be reported on the DoD website. It is my understanding that trade secrets are exempt from FOIA requests. In the event that the contract contains any trade secrets, I request that the secrets be redacted and the contract still provided, as mandated by federal law.

I would like to receive the information in I would prefer electronic copies of the contracts. But I will also accept the contracts in paper form. And I am willing to pay a fee to have the documents printed and mailed to me at my listed address.

I agree to pay reasonable fees for the processing of this request up to $100. Please notify me before incurring any expenses in excess of that amount.

Fee Categorization

For fee categorization purposes, I am a representative of the news media. Through this request, I am gathering information for my journalistic work with . . I am a freelance journalist. I am using the documents for research for an article that I intend to publish. I do not yet have an outlet for publication, but it will be published some time in early 2020. Accordingly, I am only required to pay for the direct cost of duplication after the first 100 pages. 5 U.S.C. § 552(a)(4)(A)(ii)(II); id. § 552(a)(4)(A)(iv)(II).

Conclusion

If my request is denied in whole or part, please justify all withholdings by reference to specific exemptions and statutes, as applicable. For each withholding please also explain why your agency "reasonably foresees that disclosure would harm an interest protected by an exemption" or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8)(A)(i).

I would appreciate your communicating with me by email or telephone, rather than by mail.

I look forward to your determination regarding my request within 20 business days, as the statute requires.

Thank you in advance for your assistance.

Sincerely,


Cameron Oakes