Cameron Oakes
freelance journalist
n/a
316 West 39th Street
Apt 3E
New York, NY 10018
2163362700

FOIA Officer
Department of Defense
Office of the Secretary and Joint Staff
1155 Defense Pentagon
Office of Freedom of Information
Washington, DC 20301-1155
(866) 574-4970
whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil


October 15, 2019

> **FOIA REQUEST**

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of all contracts awarded to "MullenLowe U.S., Inc." by the Department of Defense from 2001 onwards. "MullenLowe U.S., Inc." operates out of Boston, Massachusetts. I would like to have each of the following contracts: H9821019F0191 H9821018F0187 H9821019F0118 H9821018F0169 H9821018F0061 H9821019F0115 H9821019F0262 H9821018F0060 H9821017F0063 H9821019F0018 H9821017F0064 H9821017F0148 H9821017F0147 H9821018F0175 H9821017F0085 H9821019F0265 H9821018F0145 H9821019F0222 H9821017F0102 H9821017F0062 H9821018F0125 H9821017F0156 I would also like all contract modifications for the above contracts, including but not limited to contract modification numbers: 0001-0086 It is my understanding that trade secrets are exempt from FOIA requests. In the event that the contract contains any trade secrets, I request that the secrets be redacted and the contract still provided, as mandated by federal law.

I would like to receive the information in electronic copies. But I will also accept the contracts in paper form. And I am willing to pay a fee to have the documents printed and mailed to me at my listed address.

I agree to pay reasonable fees for the processing of this request up to $100. Please notify me before incurring any expenses in excess of that amount.

Fee Categorization

For fee categorization purposes, I am a representative of the news media. Through this request, I am gathering information for my journalistic work with . . an article that I intend to publish. I do not yet have an outlet for publication, but it will be published some time in early 2020. Accordingly, I am only required to pay for the direct cost of duplication after the first 100 pages. 5 U.S.C. § 552(a)(4)(A)(ii)(II); id. § 552(a)(4)(A)(iv)(II).

Conclusion

If my request is denied in whole or part, please justify all withholdings by reference to specific exemptions and statutes, as applicable. For each withholding please also explain why your agency "reasonably foresees that disclosure would harm an interest protected by an exemption" or why "disclosure is prohibited by law[.]" 5 U.S.C. § 552(a)(8)(A)(i).

I would appreciate your communicating with me by email or telephone, rather than by mail.

I look forward to your determination regarding my request within 20 business days, as the statute requires.

Thank you in advance for your assistance.

Sincerely,


Cameron Oakes