UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

CAMERON OAKES,                              :      20-Cv-7591 (SHS)

                Plaintiff,           :
     -v-                                                       ORDER
                                                    :
UNITED STATES DEPARTMENT OF DEFENSE,

                Defendant.        :
---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A teleconference having been held today, with counsel for all parties participating,

     IT IS HEREBY ORDERED that:

     1.    The defendant shall identify all contracts requested by plaintiff by January 15, 2021;

     2.    The defendant shall produce the contracts in four productions on February 15, 2021, March 15, 2021, April 15, 2021, and May 17, 2021;

     3.    The parties shall meet and confer regarding the contracts on January 15, 2021;

     4.    The parties shall file a status report on or before March 1, 2021; and

     5.    There will be a pretrial conference on April 8, 2021, at 10:00 a.m.

Dated: New York, New York
       December 10, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.